# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

MICHAEL A. MAXIE,

    Plaintiff,

vs.          CAUSE NO. 3:17-CV-935 JD-MGG

MICHAEL REHAK,

    Defendant.

## OPINION AND ORDER

Michael A. Maxie, a prisoner without an attorney, was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). He was afforded the opportunity to pay the filing fee, but the deadline has now passed and he has not responded. Nevertheless, he is required to pay the filing fee using the methods of 28 U.S.C. § 1915. *See Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997). For these reasons, the court:

    (1) **DISMISSES** the complaint without prejudice;

    (2) **ORDERS** the plaintiff **Michael A. Maxie, IDOC # 212676**, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

    (3) **DIRECTS** the clerk of court to create a ledger for receipt of these funds; and

    (4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

    SO ORDERED.

    ENTERED: January 22, 2018

                                      /s/ JON E. DEGUILIO
                                      Judge
                                      United States District Court